CLARA S. SCHWARZ *v.* JOSEPHINE AVERY.

February Term, 1943.

Present: MOULTON, C. J., SHERBURNE, BUTTLES, STURTEVANT and JEFFORDS, JJ.

Opinion filed May 4, 1943.

*Fenton, Wing & Morse* and *Kendall A. Sanderson* for the plaintiff.

*Lawrence & O'Brien* for the defendant.

MOULTON, C. J. This is an action in contract. The parties, the facts and the issues are the same as those in the tort action of

Schwarz v. Avery, ante p. 175, 31 A2d 916. The two cases were tried together below, and argued together here.

The plaintiff seeks to recover an alleged overpayment of her indebtedness to the defendant, trustee of the Avery Trust. The trial court gave judgment against her, and as appears from the opinion in the other case, there was no error in doing so.

*Judgment affirmed.*